UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MATTHEW R. OSUBA,

                Movant/Defendant,

   -v.-                                                             1:24-cv-01591-TJM

UNITED STATES OF AMERICA,                 1:18-CR-344 (TJM)

                Respondent.
-----------------------------------------------------------x

## NOTICE OF APPEARANCE

I, the undersigned, hereby appear as Attorney of Record on behalf of the Movant/Defendant in the above-entitled case, a motion filed pursuant to 28 U.S.C. § 2255. I will appear as lead counsel for the Movant/Defendant, Matthew R. Osuba.

On December 17, 2020, I filed my notice of appearance in the criminal case, 1:24-cv-01591-TJM.

I certify that I have either completed six credit hours in federal criminal defense continuing education within the past two years or, if not, that I will do so within 30 days from filing this notice of appearance. I further certify that I am registered for Electronic Case Filing and am familiar with General Order #22.

                                                                   /s/Richard D. Willstatter
                                                             RICHARD D. WILLSTATTER
                                                             Bar Role Number: 508837
                                                             Green & Willstatter
                                                             200 Mamaroneck Avenue, Suite 605
                                                             White Plains, New York 10601
                                                             TEL: (914) 948-5656